IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHELBY COUNTY HEALTH CARE ) | |
| CORPORATION d/b/a REGIONAL ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-312 |
| ) | |
| UNITED HEALTHCARE INSURANCE ) | JUDGE ROBERT ECHOLS |
| COMPANY, ) | |
| ) | MAGISTRATE JOHN S. BRYANT |
| Defendant. ) | |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION

Defendant United HealthCare Insurance Company files this Motion to Compel Arbitration under 9 U.S.C. §§ 3, 4. This Motion is supported by United HealthCare Insurance Company's Memorandum of Law filed contemporaneously with this Motion and the previously filed Declaration of Mabel S. Fairley.

1. United HealthCare of Tennessee, Inc.,[1] Defendant United HealthCare Insurance Company ("United"), and Plaintiff Shelby County Health Care Corporation d/b/a/ Regional Medical Center ("The Med") are parties to a Facility Participation Agreement (the "Agreement") dated 8/1/2005.[2]

---

[1] Although United HealthCare of Tennessee, Inc. is a party to the Facility Participation Agreement, it is not a party to this lawsuit.

[2] True and correct copies of the pertinent provisions of the Agreement are attached to the Declaration of Mabel S. Fairley as Exhibit A. A copy of the Declaration is attached hereto as Exhibit 1. United filed only the relevant provisions of the Agreement (and not the entire Agreement) because the Agreement is proprietary and confidential. However, if the Court so directs, United will offer the entire Agreement for in camera review by the Court.

963333.1
Case 3:08-cv-00312   Document 28   Filed 04/11/08   Page 1 of 3 PageID #: 130

2. Article VII of the Agreement specifically states that all disputes between the parties "shall … be submitted to binding arbitration in accordance with the Commercial Dispute Procedures of the American Arbitration Association." <u>See</u> Agreement, at Article VII.

3. Article VII of the Agreement also states that "[a]ny arbitration proceeding under this Agreement shall be conducted in Davidson County, Tennessee." <u>Id.</u>

4. On June 22, 2007, The Med disregarded the arbitration provision in the Agreement and filed a Complaint against United in the Circuit Court of Tennessee for the Thirteenth Judicial District of Memphis. United timely removed The Med's action for reimbursement to the United States District Court for the Western District of Tennessee under 28 U.S.C. § 1441.

5. Since district courts in the Sixth Circuit cannot compel arbitration outside of their own jurisdiction, United asked the District Court for the Western District of Tennessee to transfer the action to this Court under 28 U.S.C. § 1404, which it did. United now asks this Court to compel arbitration in accordance with the parties' Agreement.

6. Compelling arbitration in this case is proper under the Federal Arbitration Act because the Agreement affects interstate commerce and because the Agreement specifically calls for the parties to resolve all disputes in arbitration.

Respectfully submitted on this, the 11th day of April, 2008.

<u>/s/Christopher F. Heinss</u>
Christopher F. Heinss
TN B.P.R. No. 23285
Balch & Bingham LLP
1901 6th Avenue North
Birmingham, AL 35203
cheinss@balch.com
(205) 251-8100

963333.1
2
Case 3:08-cv-00312    Document 28    Filed 04/11/08    Page 2 of 3    PageID #: 131

/s/William H. Tate
William H. Tate
TN B.P.R. No. 006797
Howard, Tate, Sowell, Wilson & Boyte, PLLC
150 Second Avenue North, Suite 201
Nashville, TN 37201
whtate@howardtatelaw.com
(615) 256-1125

Attorneys For Defendant,
United HealthCare Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on April 11th, 2008, a copy of the foregoing was served on the following by U.S. Mail, with proper postage affixed thereto:

Curtis H. Goetsch, Esq.
McCullough & McCullough, PLLC
B.P.R. No. 025405
9050 Corporate Gardens Drive
Germantown, Tennessee 38138
(901) 755-8881
mail@mcculloughfirm.com

Jimmy Moore
Circuit Court, 30th Judicial District
Shelby County Courthouse
140 Adams Avenue
Room 224
Memphis, Tennessee 38103
(901) 576-4006
PRO SE

/s/William H. Tate
William H. Tate
Attorney for United Healthcare